IN THIE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSEPH GRIMES,**<br><br>Plaintiff,<br><br>v.<br><br>**KATHY CHISUM,**<br><br>Defendant. | C 16-1488 WHO<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**<br><br>Judge: The Honorable William H. Orrick<br>Trial Date: n/a<br>Action Filed: March 25, 2016 |

For good cause appearing, Defendant Salinas Valley State Prison's request to change the time to file a dispositive motion or notice regarding such motion is granted. Defendant Salinas Valley State Prison may file a dispositive motion on or before July 2, 2018.

Plaintiff's opposition to the dispositive motion shall be filed not more than twenty-eight days after the date on which Defendant's motion is filed.

/ / /

/ / /

/ / /

/ / /

1

Defendant shall file a reply brief no later than fourteen days after the date Plaintiff's opposition is filed.

**IT IS SO ORDERED.**

Dated:_May 3, 2018

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

2

[Proposed] Order Grant'g Defs.' Mot. Change Time File Dispositive Mot. (C 16-1488 WHO)